# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 12, 2019

## NO. 03-19-00480-CV

**Michael Austin Rice, Appellant**

**v.**

**Marion R. Rice, Dorthy Rice, Sheila Rice Hemphill, Charlotte Rice Finley,
Rice Ranch Ltd., and Rice Ranch Management, LLC, Appellees**

### APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the trial court's June 24, 2019 order. Michael Austin Rice has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.